1082

No. 05–7536.  AGUILAR-CORTEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7537.  ALBARENGA-VILLALOBO *v.* UNITED STATES; and ALANIS-GONZALES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7540.  PLAISIR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7554.  LOZANO *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 05–7570.  ROMERO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–7571.  SOSEBEE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.